BRIAN M. BOYNTON
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Branch Director
JOSEPH J. DEMOTT (Va. Bar No. 93981)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Phone: (202) 514-3367
Fax: (202) 616-8470
Email: joseph.demott@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS VILSACK, in his official capacity as Secretary of U.S. Department of Agriculture *et al.*, <br><br> Defendants. | Case No. 4:20-cv-00256-JSW <br><br> **JOINT ADMINISTRATIVE MOTION REGARDING SUMMARY-JUDGMENT BRIEFING** |

# JOINT MOTION

The parties agree that this Administrative Procedure Act ("APA") case should be resolved on cross-motions for summary judgment. Pursuant to Civil Local Rule 7-11, the parties jointly request the entry of an order setting a schedule and page limitations for summary-judgment briefing:

1. **Briefing Schedule**:

   - **January 14, 2022**: Plaintiffs' deadline for filing a motion for summary judgment;
   - **February 4, 2022**: Defendants' deadline for filing a cross-motion for summary judgment, together with a combined brief in support of their motion and in opposition to Plaintiffs' motion;
   - **February 18, 2022**: Deadline for filing of proposed *amicus* briefs (if any);
   - **February 25, 2022**: Plaintiffs' deadline for filing a combined opposition and reply brief;
   - **March 18, 2022**: Defendants' deadline for filing a reply brief.

2. **Page Limitations**:

   The parties jointly request that the Court set page limitations for the above-referenced briefing, although they offer differing proposals:

   - **Plaintiffs' proposal**: Plaintiffs believe that due to the complexity of this case and numerous issues, an extension of the page-length limitations is necessary to fully brief the issues on summary judgment. Plaintiffs respectfully propose the following page limitations: 50 pages for Plaintiffs' summary-judgment brief, 60 pages for Defendants' combined summary-judgment brief and opposition, 25 pages for Plaintiffs' combined opposition and reply brief; and 15 pages for Defendants' reply brief. Plaintiffs are proposing 10 pages fewer per side than they indicated they would need in their Case Management Report, as a compromise and to align with Defendants' proposal for shorter page limits for final briefs. In all events, Plaintiffs request that they receive the same total number of pages as Defendants.

   - **Defendants' proposal**: Defendants respectfully propose the following page limitations: 30 pages for Plaintiffs' summary-judgment brief; 40 pages for Defendants' combined summary-judgment brief and opposition; 25 pages for Plaintiffs' combined opposition

and reply brief; and 15 pages for Defendants' reply brief. In all events, Defendants request that they receive the same total number of pages as Plaintiffs.

Dated: December 9, 2021  Respectfully submitted,

SYLVIA SHIH-YAU WU (CA Bar No. 273549)
Center for Food Safety
303 Sacramento Street, 2nd floor
San Francisco, CA 94111
(p) 415-826-2770 / (f) 415-826-0507
swu@centerforfoodsafety.org

RYAN D. TALBOTT (Admitted *Pro Hac Vice* on Jan. 28, 2020)
AMY VAN SAUN (Admitted *Pro Hac Vice* on Jan. 28, 2020)
Center for Food Safety
2009 NE Alberta Street, Suite 207
Portland, OR 97211
(p) 971-271-7372
rtalbott@centerforfoodsafety.org
avansaun@centerforfoodsafety.org

 /s/ Zachary B. Corrigan
ZACHARY B. CORRIGAN (D.C. Bar No. 497557)
(Admitted *Pro Hac Vice* on Jan. 28, 2020)
Food & Water Watch
1616 P Street NW, Suite 300
Washington, DC 20036
(p) (202) 683-2451
(f) (202) 683-2452
zcorrigan@fwwatch.org

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director
Federal Programs Branch

 /s/ *Joseph J. DeMott*
JOSEPH J. DEMOTT (Va. Bar No. 93981)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Phone: (202) 514-3367
Fax: (202) 616-8470
Email: joseph.demott@usdoj.gov

*Counsel for Defendants*

## PROOF OF CONCURRENCE

Pursuant to Civil Local Rule 5-1(i)(3), Defendants Thomas Vilsack, in his official capacity as the Secretary of the U.S. Department of Agriculture; Sandra Eskin, in her official capacity as the Deputy Under Secretary for Food Safety, U.S. Dept. of Agriculture; U.S. Department of Agriculture; and Food Safety and Inspection Service, attest that all Plaintiffs, through their counsel, have concurred in the filing of this Joint Motion.

Dated:  December 9, 2021

                                              Respectfully submitted,

                                              */s/ Joseph J. DeMott*
                                              JOSEPH J. DEMOTT

                                              *Counsel for Defendants*