# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>THOMAS VILSACK, in his official capacity as Secretary of U.S. Department of Agriculture *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-00256-JSW<br><br>**[PROPOSED] ORDER RESOLVING JOINT ADMINISTRATIVE MOTION REGARDING SUMMARY-JUDGMENT BRIEFING** |

Upon consideration of the parties' Joint Administrative Motion Regarding Summary-Judgment Briefing, it is hereby **ORDERED** as follows:

The following schedule will govern summary-judgment briefing in this case:

- **January 14, 2022**: Plaintiffs' deadline for filing a motion for summary judgment;
- **February 4, 2022**: Defendants' deadline for filing a cross-motion for summary judgment, together with a combined brief in support of their motion and in opposition to Plaintiffs' motion;
- **February 18, 2022**: Deadline for filing of proposed *amicus* briefs (if any);
- **February 25, 2022**: Plaintiffs' deadline for filing a combined opposition and reply brief;
- **March 18, 2022**: Defendants' deadline for filing a reply brief.

The following page limitations will apply: ___ pages for Plaintiffs' summary-judgment brief; ___ pages for Defendants' combined summary-judgment brief and opposition brief; ___ pages for Plaintiffs' combined opposition and reply brief; and ___ pages for Defendants' reply brief.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　United States District Judge