# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SONNY PERDUE, in his official capacity as the Secretary of the U.S. Department of Agriculture, *et al.*, <br><br> *Defendants*. | Case No. 4:20-cv-00256-JSW <br><br> [PROPOSED] ORDER |

Upon consideration of the motion for leave to file an amicus brief of U.S. Representative Mark Pocan, U.S. Senator Cory Booker, and four other Members of the U.S. House of Representatives in support of plaintiffs, it is hereby

ORDERED that the motion is GRANTED.

Dated: March 11, 2022

Honorable Jeffrey S. White
United States District Judge