SARAH GROSSMAN-SWENSON (SBN 259792)
Email: sgs@msh.law
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
(T) 415.597.7200/ (F) 415.597.7201

MATTHEW W. MILLEDGE (DC Bar No. 496262)
(Appearing *Pro Hac Vice*)
Email: matthew.milledge@afge.org
Assistant General Counsel
American Federation of Government Employees
80 F Street, N.W.
Washington, D.C. 20001
(T) 202.639.6424 / (F) 202.379.2928

*Counsel for Proposed Amicus*
*American Federation of*
*Government Employees*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS VILSACK, in his official capacity as Secretary of U.S. Department of Agriculture *et al.*, <br><br> Defendants. | Case No.: 4:20-cv-00256-JSW <br><br> **[PROPOSED] ORDER GRANTING PROPOSED AMICUS AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS** <br><br> **Judge: The Hon. Jeffrey S. White** <br> **Hearing: Not yet scheduled** |

**[PROPOSED] ORDER**

Upon consideration of Proposed Amicus Curiae American Federation of Government Employees' Motion For Leave To File Amicus Curiae Brief In Support Of Plaintiffs, for good cause appearing, it is ordered that the motion is GRANTED.

IT IS SO ORDERED.

Dated: March 11, 2022

_____
Honorable Jeffrey S. White
United States District Judge