BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ERIC R. WOMACK
Assistant Branch Director
JOSEPH J. DEMOTT (Va. Bar No. 93981)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Phone: (202) 514-3367
Fax: (202) 616-8470
Email: joseph.demott@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS VILSACK, in his official capacity as Secretary of U.S. Department of Agriculture *et al.*, <br><br> Defendants. | Case No. 4:20-cv-00256-JSW <br><br> ORDER GRANTING <br> **JOINT STIPULATION REGARDING ADMINISTRATIVE RECORD** <br> AND REQUIRING SUBMISSION OF ENTIRE ADMINISTRATIVE RECORD |

## JOINT STIPULATION

On December 6, 2021, Defendants filed the index to the final version of the administrative record in this case. *See* Notice, ECF No. 62. As indicated in that filing, the administrative record "is too large to file through the ECF System, as it contains nearly 120,000 pages as well as over 90 Microsoft Excel spreadsheets." *Id.* at 1.

The parties jointly and respectfully stipulate that, unless the Court orders otherwise, they will prepare a joint appendix and file it through ECF no later than April 21, 2022. *Cf.* D.D.C. Local Rule 7(n) (using this procedure in Administrative Procedure Act litigation). The joint appendix will contain all portions of the administrative record that are cited or otherwise relied upon in either party's merits briefing. *See id.* The table of contents for this joint appendix will list each document's Bates number (*e.g.*, AR100799) and, for record materials cited in Plaintiffs' briefing, the corresponding number from the relevant exhibit submitted by Plaintiffs (*e.g.*, A-0538; Supp. A-0012), *see* ECF Nos. 62-2, 62-3, 80-1.

In addition, the parties agree that the Court should be able to access the entire administrative record if it wishes to do so. Accordingly, Defendants stand ready to provide the entire administrative record in electronic format if the Court so orders. The parties respectfully suggest that the entire administrative record could be submitted to the Court on one or more USB storage drives or transferred through the Justice Electronic File Sharing ("JEFS") system, which uses Box.com. *See* Dkt. #98, *United Food & Com. Workers Union, Loc. No. 663 v. U.S. Dep't of Agric.*, No. 19-cv-2660 (JNE/TNL) (D. Minn. Aug. 19, 2020) (ordering that USDA use JEFS to provide the Court with the administrative record in a case involving the same final rule at issue here).

Dated: April 4, 2022                              Respectfully submitted,

In addition to preparing and filing a joint appendix as discussed above, the Court ORDERS the parties to submit the entire administrative record to the Court on one or more USB storage drives.

**IT IS SO ORDERED.**
Dated: April 5, 2022

_____
JEFFREY S. WHITE
United States District Judge

*Center for Food Safety et al. v. Vilsack et al.*, 4:20-cv-00256-JSW
**Joint Stipulation Regarding Administrative Record**                                       Page 1